## SIMMONS v. C. W. MYERS TRADING POST

No. 414P84.

Case below: 68 N.C. App. 511.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 2 October 1984.

## SNIPES v. JACKSON

No. 392P84.

Case below: 69 N.C. App. 64.

Petitions by defendant Jackson and by several other defendants for discretionary review under G.S. 7A-31 denied 2 October 1984. Motion by plaintiff to dismiss appeal by defendant Jackson for lack of substantial constitutional question allowed 2 October 1984. Notice of appeal by several other defendants under G.S. 7A-30 dismissed 2 October 1984.

## SON-SHINE GRADING v. ADC CONSTRUCTION CO.

No. 332P84.

Case below: 68 N.C. App. 417.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

## STARLING v. SPROLES

No. 437P84.

Case below: 69 N.C. App. 598.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 2 October 1984.

## STATE v. BAKER

No. 508P84.

Case below: 65 N.C. App. 430.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 October 1984.